O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV05-3731-AHM (PJWx) | Date | April 27, 2009 |
|---|---|---|---|
| Title | MICHAEL SITRICK, etc. v. CITIGROUP GLOBAL MARKETS, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Mark G. Krum | Melanie L. Ronen<br>Michele R. Fron |

**Proceedings:** MOTION to Dismiss Plaintiff's Complaint or in the Alternative Motion for Summary Judgment filed by Defendant Citigroup Global Markets Inc. [10] (non-evidentiary)

Court previously circulated its tentative order and now hears oral argument.  For reasons stated on the record, the Court takes the matter under submission.

|  | : | 42 |
|---|---|---|
| | Initials of Preparer | SMO |